WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

| | |
|---|---|
| TONY JOSEPH MONACO,    )<br>                              )<br>        Plaintiff,     )<br>                              )<br>    v.                    )<br>                              )<br>CAROLYN W. COLVIN, Acting )<br>Commissioner of Social Security )<br>Administration,              )<br>                              )<br>        Defendant.    )<br>_____ ) | CASE NO.: **EDCV 15-00155 JC**<br><br>ORDER AWARDING<br>EAJA FEES |

Based upon the parties' Stipulation for Award and Payment of Equal Access to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND FOUR HUNDRED EIGHTEEN DOLLARS and 42/cents ($2,418.42), as authorized by  28 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

DATED:  December 28, 2015

                              /s/
HONORABLE JACQUELINE CHOOLJIAN
UNITED STATES MAGISTRATE JUDGE

1